402 P.3d 511

STATE of Hawai'i, Plaintiff-Appellee,

v.

Keoni C. PETERS, Defendant-Appellant

NO. CAAP-16-0000691

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, September 22, 2017.

SUMMARY DISPOSITION ORDER

Affirmed.